UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

HAROLD DAVIS LEWIS, JR.,                   Case No. 6:15-bk-04893-CCJ

                                                       Chapter 7
        Debtor.
_____/

A. EUGENE LEWIS,                           Contested Matter

        Creditor,
vs.

HAROLD DAVIS LEWIS, JR.,

        Debtor,
vs.

RICHARD B. WEBBER,

Trustee.
_____/

**DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

        The Debtor responds to the Motion for Relief from Automatic Stay filed by Creditor Eugene Lewis (Doc. No. 22) as follows:

        1.     The Debtor objects to the Motion to the extend it asks this Court to make any findings of fact or conclusions of law about the February 2015 transfer.

2.       The Debtor does not object to relief being entered to allow Mr. Lewis to pursue any state court remedies he believes he may have against TBF Partners, Ltd.

/s/Roman V. Hammes
Roman V. Hammes
Florida Bar No. 87250
Roman V. Hammes, P.L.
250 East Colonial Drive, Suite 305
Orlando, Florida 32801
(407) 650-0003
Email: roman@romanvhammes.com

Attorney for the Debtor

## CERTIFICATE OF SERVICE

I certify that on September 8, 2015 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/ Roman V. Hammes
Roman V. Hammes