ORDERED.

Dated:  October 27, 2015

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.com

IN RE:

HAROLD DAVIS LEWIS, JR.,                          Case No. 6:15-bk-4893-CCJ
                                                  Chapter 7
        Debtor.
_____/

## AGREED ORDER ON MOTION FOR RELIEF FROM STAY

This case came on for hearing on September 30, 2015, upon a Motion for Relief from Stay (Doc. 22 – the "Motion") filed by judgment creditor, A. Eugene Lewis ("Lewis").  At the hearing, the Court heard argument and statements of counsel for the Debtor, Lewis and judgment creditor, Howard Hewitt ("Hewitt").  Lewis and Hewitt have filed adversary proceedings against the Debtor objecting to the discharge based on the same transaction that is the subject of Lewis' Motion (6:15-ap-123 and 6:15-ap-124).  Subsequent to the hearing, the parties advised the Court that agreement had been reached on the relief requested.  Accordingly, based on the agreement of the parties, it is –

**ORDERED** as follows:

1. The Motion is granted as set forth herein.

2. The automatic stay, to the extent applicable, is modified to permit Lewis and Hewitt to enforce their judgments with respect to the Debtor's interest, if any, in Big Nine Outfitters, Big Nine Trust, Graham River Outfitters and Graham River Trust, including any claim for fraudulent transfer against TBF Partners, Ltd.

3. Lewis and Hewitt are granted leave to file adversary proceedings before this Court relating to the relief granted in this Order.

4. The Court makes no findings of fact or conclusions of law relating to the February 2015 transfer that is the subject of the above-referenced adversary proceedings.

5. Lewis and Hewitt are not authorized to pursue any *in personam* relief against the Debtor.

6. The 14-day stay in Fed.R.Bankr.P. 4001 is waived and this Order shall be immediately effective.

# # #

Attorney, Michael C. Markham, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.