UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

HAROLD DAVIS LEWIS, JR.,          Case No. 6:15-bk-04893-CCJ

       Debtor.                Chapter 7
_____/

## NOTICE OF TRANSFER OF CLAIM

HOWARD H. HEWITT, Transferee, by his undersigned counsel, pursuant to Bankruptcy Rule 3001(e)(2), hereby gives notice of the absolute transfer of the following claim(s) to him: Claim nos. 1-1, 1-2 and 1-3 filed by A. Eugene Lewis ("Lewis"). The Clerk shall immediately notify the alleged Transferor, A. Eugene Lewis, 222 West Georgia St., Tallahassee, FL 32301; of the filing of this notice and any objection thereto must be filed within twenty-one (21) days of the mailing of the notice or within any additional time allowed by the Court. If a timely objection is not filed, the Transferee shall be substituted for the Transferor, Lewis.

                              /s/ Michael C. Markham
                              Michael C. Markham
                              FBN 0768560
                              JOHNSON, POPE, BOKOR,
                              RUPPEL & BURNS, LLP
                              403 E. Madison St.
                              Tampa, FL 33602
                              mikem@jpfirm.com
                              Attorneys for Howard H. Hewitt

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served electronically on all CM/ECF participants on this 23rd day of March, 2016.

                              /s/ Michael C. Markham

3456247